## Commonwealth *v.* Jones, Appellant.

770

 Submitted April 9, 1973. *James C. Tosh*, Assistant Public Defender, for appellant; *Joseph M. Stanichak*, Assistant District Attorney, and *Joseph S. Walko*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.